Núm. 1.—In re Calazáns, querellado.—Original. Queja. Dic. 14, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Examinadas la querella y la evidencia aportada por el querellante y por el querellado y practicada ante el fiscal de esta Corte, no siendo dicha evidencia suficiente para sostener las imputaciones que la que-

930

rella contiene, vistos los informes del fiscal de septiembre 15, 1942 y
noviembre 30, 1942, recomendando la desestimación de la querella y
la exoneración del querellado, se declara sin lugar la querella presen-
tada por Fabriciano Cartagena Hernández contra el abogado José Ca
lazáns Rivera Morales y se le exonera de los cargos que se le imputan
en la misma.